## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### (337) 433-9403

Brent Barber Boxill
Attorney at Law
8714 Jefferson Hwy., Ste B
Baton Rouge LA 70809

Jennifer Jones
Jones Law Firm
P. O. Drawer 1550
Cameron LA 70631

Kenneth Henry Hooks III
Dodson, Hooks & Frederick
445 N. Boulevard, Suite 850
Baton Rouge LA 70802

Hon. Jack C. Watson
Attorney at Law
2706 Bocage Lane
Lake Charles LA 70605


### REHEARING ACTION: September 15, 2010


**Docket Number: 09   01067-CA**

**JAMES LEE BANCROFT, ET UX.**
**VERSUS**
**MITCHELL OFFSHORE MARINE, LLC, ET AL.**

**Appealed from Cameron Parish Case No. 10-19756**


**<u>BEFORE JUDGES</u>:**

> **Hon. Sylvia R. Cooks**
> **Hon. Oswald A. Decuir**
> **Hon. Jimmie C. Peters**
> **Hon. Marc T. Amy**
> **Hon. Billy Howard Ezell**


As counsel of record in the captioned case, you are hereby notified that the motion for

rehearing, or in the alternative, motion for en banc rehearing filed by **James Bancroft, et al**

has this day been

> **DENIED.**


cc: Susan A. Daigle, Counsel for the Appellee
    John Daniel Rayburn, Jr., Counsel for the Appellee
    Gregory John Laborde, Counsel for the Appellee